# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN DENTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK,<br><br>　　　　Defendant. | ) Case No.: 19-11882<br>)<br>)<br>) DISTRICT JUDGE THOMAS L.<br>) LUDINGTON<br>) MAGISTRATE JUDGE PATRICIA T.<br>) MORRIS<br>)<br>)<br>) |

Please be advised that the parties in the above captioned case have reached a settlement. The parties request all future dates be vacated and anticipate filing a voluntary dismissal with prejudice in the next sixty (60) days.

Dated: November 26, 2019　　　　　　　　RESPECTFULLY　　SUBMITTED,

　　　　　　　　　　　　　　　　　By:　/s/  Ryan Lee　　　　　　　　　　　　.

　　　　　　　　　　　　　　　　Ryan Lee (SBN: 024846)
　　　　　　　　　　　　　　　　LAW OFFICES OF RYAN LEE, PLLC
　　　　　　　　　　　　　　　　ryan@ryanleepllc.com
　　　　　　　　　　　　　　　　7272 E. Indian School Rd.
　　　　　　　　　　　　　　　　Suite 540
　　　　　　　　　　　　　　　　Scottsdale, AZ 85251
　　　　　　　　　　　　　　　　Tel: (323) 524-9500
　　　　　　　　　　　　　　　　Fax: (323) 524-9502
　　　　　　　　　　　　　　　　Attorney for:
　　　　　　　　　　　　　　　　JOHN DENTON