**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DENTON,

    Plaintiff,

v.

FIFTH THIRD BANK,
NATIONAL ASSOCIATION,

    Defendant.

Case No.: 1:19-cv-11882-TLL-PTM
Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
_____

Plaintiff, John Denton ("Denton") and Defendant, Fifth Third Bank, National Association ("Fifth Third"), through their respective counsel and consistent with Fed. R. Civ. P. 41(a), stipulate and agree that any and all claims asserted by, or that could have been asserted by Denton against Fifth Third, are hereby dismissed, with prejudice with each party to bear their own attorney's fees, costs and expenses and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED,** that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees to any party.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

Dated: December 12, 2019

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE TO THE ENTRY OF THIS ORDER:**

| | |
|---|---|
| _/s/ Ryan S. Lee (with permission)_ | _/s/ Jennifer L. Pope_ |
| Ryan S. Lee | Jennifer L. Pope (P82921) |
| Law Offices of Ryan Lee, PLLC | Dinsmore & Shohl LLP |
| 7272 E. Indian School Rd., Suite 540 | 900 Wilshire Drive, Suite 300 |
| Scottsdale, AZ 85251 | Troy, MI 48084 |
| Tel: (323) 524-9500 | Tel: (248) 203-1605 |
| Fax: (323) 524-9502 | Fax: (248) 647-5210 |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *John Denton* | *Fifth Third Bank, National Association* |
| | |
| Dated: December 9, 2019 | Dated: December 9, 2019 |